UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| MANDRELL SMITH,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>KATHLEEN L. DICKINSON, Warden,<br><br>　　　　　　Respondent. | CV 13-02138-MMM (SH)<br><br>ORDER ACCEPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

1      IT IS THEREFORE ORDERED that Judgment be entered denying the
2 Petition and the action is dismissed with prejudice.
3 DATED: May 24, 2014

                                                 _____
                                                 MARGARET M. MORROW
                                                 UNITED STATES DISTRICT JUDGE