JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| MANDREEL SMITH, | ) ED CV 13-02138-MMM (SH) |
| | ) |
| | ) JUDGMENT |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| KATHLEEN L. DICKINSON, Warden | ) |
| | ) |
| Respondent. | ) |

Pursuant to the Order of the court adopting the final conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED: May 24, 2014

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE